UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:90-CR-06151-PCH

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JOSEPH HARDEN,**

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendant Joseph Harden's Motion Requesting Relief Under the Holloway Doctrine [ECF No. 114]. The Court has reviewed the Motion, the Government's Response [ECF No. 116], the record, and applicable law. Relying on *United States v. Holloway*, 68 F. Supp. 3d 310 (E.D.N.Y. 2014), Defendant asks the Court to reduce his sentence. However, Defendant's arguments fail for two reasons. First, the Government has not acquiesced to the sentence reduction in the instant case, as it did in *Holloway*. Second, the Court is unaware of any legal authority to reduce Defendant's sentence. *See United States v. Garrett*, No. CR499-133, 2017 WL 1650028, at *1 (S.D. Ga. Apr. 28, 2017) ("[T]he Eleventh Circuit Court of Appeals has recognized that outside of Federal Rule of Criminal Procedure 35 'there exists no "inherent authority" for a district court to modify a sentence.'" (quoting *United States v. Diaz-Clark*, 292 F.3d 1310, 1319 (11th Cir. 2002))). Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant Joseph Harden's Motion **[ECF No. 114]** is **DENIED**.

DONE AND ORDERED in Chambers, Miami, Florida, this **8** day of June, 2017.

Paul C. Huck
United States District Judge

cc:    All Counsel of Record
       U.S. Probation Officer